# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tristan Walker, | No. CV-21-00139-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Sonoran Crest Construction LLC, et al., | |
| Defendants. | |

On May 6, 2021 this Court issued its Order that "counsel for Plaintiff to file a status report within 7 days of the date of this Order" because no answer or application for default had been filed more than 60 days after service by waiver and after stipulated to extend the responsive pleading deadline. The Court further Ordered that "the matter will be dismissed without further notice 7 days from the date of this Order if counsel fails to file a status report." As of the date of this Order counsel as failed to file a status report as to Defendant Sonoran Crest Construction, LLC.

IT IS ORDERED dismissing this case as to Defendant Sonoran Crest Construction, LLC.

Dated this 10th day of June, 2021.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge